IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JANICE COX, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:06-0065 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Remand (Doc. No. 9), to which Defendant ("Defendant" or "Commissioner") filed a Response in opposition (Doc. No. 16). Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 20). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Remand. The Court **REFERS** this action to Magistrate Judge Griffin for further case-management.

It is so ORDERED.

Entered this the ___6th___ day of November, 2007.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. FED. R. CIV. P. 25(d)(1).