IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHARON CHRISTINE GUY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06-0065 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Griffin |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Sharon Christine Guy's ("Plaintiff") Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 23) and Memorandum in Support (Doc. No. 24), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 25) and Plaintiff filed a Reply (Doc. No. 26). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 31) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on March 4, 2010, and no objections to the Report have been filed.

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this 22nd day of March, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Case 2:06-cv-00065   Document 32   Filed 03/22/10   Page 2 of 2 PageID #: 174